**IN THE UNITED STATES BANKRUPTCY COURT**
**Western District of Missouri**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 10-21306 |
| Stefani Ruth Davis } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**Notice of Change of Address**

Debtor's Social Security Number:       xxx-xx-1493

**My (Our) Former Mailing Address and Telephone Number was:**

Name:       Stefani Ruth Davis

Street:       505 Mesa Ave

City,State,Zip:   Jefferson City, MO 65101

Telephone #:   **(debtor(s) telephone number)**

**Please be advised that effective _____, 20_____,**
**my (our) new mailing address and telephone number is:**

Name:       **(debtor(s) name(s))**

Street:       **(debtor(s) new address)**

City,State,Zip:   **(debtor(s) new city,state,zip)**

Telephone #:   **(debtor(s) new telephone number)**

_____

_____
**Debtor(s)**